ACCEPTED
04-14-00896-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
5/14/2015 2:43:31 PM
KEITH HOTTLE
CLERK

## CAUSE NO. 04-14-00896-CV

| | | |
|---|---|---|
| **HUGO ALANIZ** | § | **IN THE FOURTH** |
| | § | FILED IN |
| **Appellant** | § | 4th COURT OF APPEALS |
| | § | SAN ANTONIO, TEXAS |
| | § | 5/14/2015 2:43:31 PM |
| **v.** | § | KEITH E. HOTTLE |
| | § | **COURT OF APPEALS** Clerk |
| **JOSE MARIA AGUIRRE,** | § | |
| **ELIAS AGUIRRE, JR.,** | § | |
| **ARGELIO AGUIRRE,** | § | |
| **JOSE GUADALUPE AGUIRRE, and** | § | |
| **ELSA A. LARA,** | § | |
| | § | |
| **Appellees** | § | **SAN ANTONIO, TEXAS** |

### APPELLANT'S SECOND MOTION FOR
### EXTENSION OF TIME TO FILE APPELLANT'S BRIEF

Appellant **HUGO ALANIZ** request an additional thirty (30) days to file his brief, thus extending the briefing deadline to June 12, 2015. This is Appellant's second request for an extension of time. This extension is not sought for delay. While preparing the brief for this cause, Appellant's counsel had also been preparing, researching, and drafting a Reply Brief in another case also on appeal. In addition, Appellant's counsel has been out of the county of practice extensively on other matters and is expected to continue making Court appearances out of the primary county of practice during the next three weeks in other cases currently pending. Appellant's counsel is a solo practitioner tending to many pending legal matters and requires additional time to finish drafting the Brief in this matter. These obligations have hindered the undersigned counsel's ability to complete the brief for this cause by the May 14, 2015 deadline.

### *Prayer*

Appellant HUGO ALANIZ prays that his briefing deadline be extended to June 12, 2015.

1

Respectfully Submitted,


**/S/FLOR E. FLORES**
Flor E. Flores
State Bar No. 24065235
**THE LAW FIRM OF FLOR E. FLORES, PLLC**
700 N. Flores St., Ste. E
Rio Grande City, Texas 78582
Tel:  (956)263-1786
Fax:  (956)263-1750
ffloreslaw@gmail.com
*Attorney for Appellant Hugo Alaniz*


## CERTIFICATE OF SERVICE

I hereby certify that on May 14, 2015, a true and correct copy of this document was served upon counsel for Appellees via electronic service.


Margil Sanchez, Jr.
msjlaw@yahoo.com
*Counsel for Appellees*


**/S/FLOR E. FLORES**
Flor E. Flores